**Order entered February 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00643-CR**
**No. 05-13-00646-CR**

**JUSTIN VEASLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-52541-Q, F07-60455-Q**

## ORDER

The Court **REINSTATES** these appeals.

On November 5, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Valencia Bush; (3) Ms. Bush's explanation for the delay in filing the appeals is that she had sent appellant a motion to dismiss the appeals, but appellant did not sign or return it; and (4) Ms. Bush requested two weeks from the February 5, 2014 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **MARCH 3, 2014**.

/s/      LANA MYERS
            JUSTICE